**MDL 1536**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*DOCKET NO. 1536*          .          AUG 0 1 2003

FILED
CLERK'S OFFICE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE SULFURIC ACID ANTITRUST LITIGATION*

*AG RX v. Norfalco, LLC, et al.,* N.D. California, C.A. No. 3:03-1337

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 30, 2003, the Panel transferred two civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable David H. Coar.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Coar.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of June 30, 2003, \_\_\_\_F.Supp.2d\_\_\_\_ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable David H. Coar.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# OFFICIAL FILE COPY

IMAGED AUG 1 '03

PLEADING NO. 23