MDL 1536

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1536

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SULFURIC ACID ANTITRUST LITIGATION

*Producers Chemical Co. v. Norfalco, LLC, et al.,* N.D. Ohio, C.A. No. 1:03-617

### CONDITIONAL TRANSFER ORDER (CTO-2)

On June 30, 2003, the Panel transferred two civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David H. Coar.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Coar.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of June 30, 2003, ____F.Supp.2d____ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable David H. Coar.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

PLEADING NO. 25

**OFFICIAL FILE COPY**

IMAGED AUG 28 '03